WELTHY J. BROWNE, as Executrix of L. HARRIS BROWNE, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Browne* v. *N. Y. C. & H. R. R. R. Co..* 87 App. Div. 206, affirmed.
(Argued October 13, 1904; decided October 28, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 7, 1903, affirming a judgment in favor of plaintiff entered upon a verdict.

*Alexander H. Cowie* for appellant.

*G. W. Driscoll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.